AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Middle District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 4:23-mj-21-MSH |
| Robert Earhart, Jr. | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Robert Earhart, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC s 912, False Personation of a Federal Officer or Employee

Date: FEB. 8, 2023

*Issuing officer's signature*

City and state: Columbus, Georgia

Stephen Hyles, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02-08-2023, and the person was arrested on *(date)* 02-08-2023
at *(city and state)* Columbus, GA.

Date: 02-08-2023

*Arresting officer's signature*

Joshua R Mixon   Special Agent - FBI
*Printed name and title*