IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 4:23-cr-4 (CDL) |
| | : | |
| ROBERT EARHART, JR. | : | VIOLATIONS: 18 U.S.C. § 912 |
| | : | |
| Defendant. | : | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(False Personation of an Officer or Employee of the United States)**

That on or about February 3, 2023, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**ROBERT EARHART, JR.,**

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Department of Homeland Security, and in such assumed and pretended character did act as such, in that he falsely stated that he was a Special Agent of the Department of Homeland Security involved in an investigation of multiple individuals and sought a meeting with the United States Attorney's Office in order to obtain warrants for their arrest, in violation of Title 18, United States Code, Section 912.

### COUNT TWO
**(False Personation of an Officer or Employee of the United States)**

That on or about January 24, 2023, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**ROBERT EARHART, JR.,**

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Department of Homeland Security, and in such

assumed and pretended character did act as such, in that he falsely stated that he was a Special Agent of the Department of Homeland Security whose badge, phone, firearms, and other equipment had been stolen and prompted an investigation into the matter, in violation of Title 18, United States Code, Section 912.

## COUNT THREE
### (False Personation of an Officer or Employee of the United States)

That on or about January 27, 2023, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**ROBERT EARHART, JR.,**

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Department of Homeland Security, and in such assumed and pretended character with intent to defraud did falsely demand a thing of value, in that he demanded a badge, vest, agency firearm, and handcuffs, in violation of Title 18, United States Code, Section 912.

## COUNT FOUR
### (False Personation of an Officer or Employee of the United States)

That on or about February 7, 2023, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**ROBERT EARHART, JR.,**

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Department of Homeland Security, and in such assumed and pretended character did act as such, in that he falsely stated that he was a Special Agent of the Department of Homeland Security investigating certain offenses and requested employment verification in order to obtain a government vehicle tag, in violation of Title 18, United States Code, Section 912.

## COUNT FIVE
### (False Personation of an Officer or Employee of the United States)

That on or about February 8, 2023, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**ROBERT EARHART, JR.,**

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Department of Homeland Security, and in such assumed and pretended character did act as such, in that he falsely stated that he was a Special Agent of the Department of Homeland Security involved in an investigation of multiple individuals and signed a criminal complaint and affidavit seeking a warrant for their arrest, in violation of Title 18, United States Code, Section 912.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented by:

*Leah E. McEn____ for AGH*
AMELIA G. HELMICK
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 15 day of February, 2023.

_____
Deputy Clerk

3