IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT EARHART, JR | CASE NO.: 4:23-CR-00004-CDL-MSH-1 |

## NOTICE OF APPEARANCE

**COMES NOW** undersigned counsel, Jessica M. Lee, who hereby enters her appearance as counsel on behalf of **Robert Earhart, Jr** in the above-styled case. All future notices of filings and proceedings should be directed to her.

Dated this 16th day of February, 2023.

                Respectfully submitted,

                **s/Jessica M. Lee**
                JESSICA M. LEE
                Assistant Federal Defender
                GA Bar No. 889820
                Federal Defenders of the
                Middle District of Georgia, Inc.
                233 12th Street, Suite 400
                Columbus, Georgia 31901
                Tel:  (706) 358-0030
                Fax: (706) 358-0029
                Email:  jessy_m_lee@fd.org

## CERTIFICATE OF SERVICE

I, Jessica M. Lee, hereby certify that on February 16, 2023 I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

**s/Jessica M. Lee**
JESSICA M. LEE
Assistant Federal Defender
GA Bar No. 889820
Federal Defenders of the
Middle District of Georgia, Inc.
233 12th Street, Suite 400
Columbus, Georgia 31901
Tel:  (706) 358-0030
Fax: (706) 358-0029
Email:  jessy_m_lee@fd.org