IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CASE NO. 4:23-CR-004-CDL |
| | : | |
| ROBERT EARHART, JR., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF DNA TESTING

Under 18 U.S.C. § 3600, any defendant who is serving a federal sentence can make a motion to the Court to have DNA testing done on any biological evidence in his/her case. In order to make such a motion, the defendant must state under penalty of perjury that he/she is not guilty, and then request that DNA testing be done on any biological evidence. Biological evidence is blood, hair, semen, saliva, skin tissue or other identified biological material.

If, after conviction, you request such a test, you must state, under penalty of perjury, that you are actually innocent. If DNA testing is performed based on your motion and the result shows that you are in fact guilty, then the government could petition the Court to have you held in contempt of court and ordered to pay the cost of the test or have your "good time" taken away by the prison system, or prosecuted for false assertions. If convicted of false assertions, the sentence is not less than three (3) years imprisonment which must follow the sentence that you are presently serving.

If you believe that there is biological evidence in your case which could be subject to DNA testing, you should discuss with your attorney and determine whether or not you wish to request such testing prior to trial.

Respectfully submitted, this 16th day of February 2023.

                            PETER D. LEARY
                            UNITED STATES ATTORNEY

BY:    *s/Amelia G. Helmick*
         AMELIA G. HELMICK
         Assistant United States Attorney
         Georgia Bar No. 142673
         United States Attorney's Office
         Middle District of Georgia
         P.O. Box 2568
         Columbus, Georgia 31902
         Phone: (706) 649-7700
         amy.helmick@usdoj.gov