IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

v.

NO.  4:23-CR-4-001(CDL)

**ROBERT EARHART, JR.**

## ORDER

On March 20, 2026, a *Request for Summons and Modification of the Conditions or Term of Supervision* (ECF Doc. No. 50) was filed with the Court requesting that the conditions of supervision be modified for the above-named individual. The modification requested would require the following:

-       You shall enter and comply with all psychiatric treatment, in-patient or out-patient as determined by the facility, at the Bradley Center, Columbus, Georgia, and provide said facility with his diagnosis and medication documentation from the Bureau of Prisons.

On March 20, 2026, a summons (ECF Doc. No. 51) was issued, and on April 21, 2026, Earhart, Jr. appeared for a hearing before the Court. Upon good and sufficient cause shown to the Court, **IT IS HEREBY ORDERED** that the conditions of supervision be modified as requested and set forth above.

**SO ORDERED,** this 21st day of April, 2026.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA